IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWIN VASQUEZ and JESSICA VASQUEZ | : | CIVIL ACTION |
| | : | |
| | : | No. 23-2731 |
| v. | : | |
| | : | |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY a/k/a NATIONWIDE | : : : | |

## **ORDER**

AND NOW, this 27th day of September, 2024, upon careful consideration of the parties' cross-motions for summary judgment, and for reasons sets forth in the accompanying Memorandum, it is hereby ORDERED:

- Defendant Nationwide's Motion (ECF No.17) is GRANTED
- Plaintiffs' Motion (ECF No. 21) is DENIED

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.